UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

| | |
|---|---|
| In Re: | ORDER OF DISMISSAL |
| | FOR |
| **Tronox Incorporated** | FAILURE TO PROSECUTE |
| | BANKRUPTCY APPEAL |

-----------------------------------------------------X                       21-CV-8465 JPC

FROM:   VITO GENNA, CLERK
           UNITED STATES BANKRUPTCY COURT
           SOUTHERN DISTRICT OF NEW YORK

TO:   RUBY J. KRAJICK, CLERK
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated                      BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 07/27/2021
APPELLANT: Mya Burgin
BANKRUPTCY DOCUMENT #: 9744

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

      __X__ FRBP 8009
      ____ Federal Rules of Civil Procedure (Rule _____)
      __X__ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
      ____ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New
            York.

Dated:   **June 16, 2022**                                           Vito Genna, Clerk
         New York, New York                               U.S. Bankruptcy Court, SDNY

                                                                    By:   ____s/ Anatin Rouzeau____
                                                                                Deputy Clerk

### ORDER

 For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated ___June 21_____ 20 22                     _____
          New York, New York                                 Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____                 Ruby J. Krajick , Clerk
                                                                      District Court, SDNY

                                                                    By: _____
                                                                         Deputy Clerk